Before the Second Division, May 20, 1942

No. 47207.—Protests 625765-G, etc., of W. R. Zanes & Co. (Galveston).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question consists of cotton rags the same in all material respects as those the subject of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) and *Hagy Waste Works* v. *United States* (2 Cust. Ct. 385, C. D. 162), and that the percentage of rags in the shipments is the same as those held free of duty in the cited cases as rags used chiefly for paper making. The claim for free entry under paragraph 1750 was therefore sustained to the extent indicated in the stipulation.

No. 47208.—Protests 638439-G, etc., of W. R. Zanes & Co. et al. (Galveston).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question consists of cotton rags the same in all material respects as those the subject of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) and *Hagy Waste Works* v. *United States* (2 Cust. Ct. 385, C. D. 162), and that the percentage of rags in the shipments is the same as those held free of duty in the cited cases as rags used chiefly for paper making. The claim for free entry under paragraph 1750 was therefore sustained to the extent indicated in the stipulation.

No. 47209.— Petition 6200-R of J. P. Navailles (New Orleans).

Opinion by KINCHELOE, J. The court was satisfied from an examination of the entire record that the entry of the merchandise in question at a value less than that found upon final appraisement was without any intention to defraud the revenue of the United States, to conceal or misrepresent the facts, or to deceive the appraiser. The petition was therefore granted.

Before the Third Division, May 20, 1942

No. 47210.— Petition 5871-R of Mexican Huaraches Co. (Cleveland).

Opinion by CLINE, J. When the case was called the customs broker who made the entry stated that he had not seen the petitioner for a year and that upon inquiry was told he was in Mexico. The case was ordered submitted by the judge. There being nothing in the record to show that the petitioner acted without intention to misrepresent the facts or to defraud the revenue of the United States or to deceive the appraiser, the petition was denied.

No. 47211.—Protest 30811-K of Park & Tilford Import Corp. (New York).